SO ORDERED.

Dated: July 6, 2016

*Daniel P. Collins*

**Daniel P. Collins, Chief Bankruptcy Judge**
_____

**RIGGS ELLSWORTH & PORTER, PLC**
1423 S. Higley Road, Suite 113
Mesa, Arizona 85206
Telephone: (480) 539-9400
Facsimile: (480) 539-9510
Attorneys for Debtor(s)

**Spencer T. Hale - SBN 028270**
Spencer@riggslaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 2: 16-bk-06275-DPC |
| ERIC LYNN JOHNSON, | |
| Debtor(s). | **ORDER TO REINSTATE CASE** |

THE COURT having reviewed the Court file and being dully advised in the premises:

THE COURT FINDS the Debtor has filed all schedules and statements required by Fed. R. Bankr. P. 1007. Debtor has filed a statement of Current Monthly Income as required by Fed. R. Bankr. P. 1007. Debtors have also filed a declaration regarding payment advised as required by Local Bankruptcy Rule 1007-1.

IT IS ORDERED reinstating this case under Chapter 7 of Title 11.

**ORDER SIGNED AND DATED ABOVE**