SO ORDERED.

Dated: September 14, 2017

Daniel P. Collins, Chief Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

ERIC LYNN JOHNSON,

        Debtor.

(Chapter 7 Case)

Case No. 2:16-bk-06275-DPC

**ORDER APPROVING STIPULATED APPLICATION TO COMPROMISE CLAIM [F.R.B.P. 9019]**

After thorough consideration of the Trustee's Stipulated Application to Compromise Claim with Debtor ("**Stipulated Application**") filed by Eric M. Haley, Trustee, and good cause appearing therefor;

**THE COURT FINDS** that settlement is in the best interest of the Estate, that the Stipulated Application has been duly noticed, with no objections having been received and all other requirements of Bankruptcy Rule 9019 having been satisfied;

**IT IS HEREBY ORDERED** approving the Stipulated Application and authorizing Eric M. Haley, Trustee, to accept the sum of $10,000.00 ("**Settlement Amount**"), as set forth in the Stipulated Application, in order to settle the Estate's interest in: (i) the Claim, as this term is defined in the Stipulated Application, (ii) scheduled non-exempt assets exclusive of the Estate's share of Debtor's 2016 federal and state income tax refunds, if any, and, (iii) all other remaining disclosed issues; and

**IT IS FURTHER ORDERED** that Debtor agrees to remit the Settlement Amount to the Trustee in lump sum within fourteen (14) days after entry of this Order.

**SIGNED AND DATED ABOVE**