**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Stuart B. Rodgers – 025720
Email: stuart.rodgers@lane-nach.com
Paul M. Hilkert - 028934
Email: paul.hilkert@lane-nach.com

Attorneys for Eric M. Haley, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERIC LYNN JOHNSON,<br><br>Debtor. | (Chapter 7 Case)<br><br>Case No. 2:16-bk-06275-DPC<br><br>**TRUSTEE'S REPORT OF RECEIPT OF SETTLEMENT FUNDS/REPORT OF SALE** |

Eric M. Haley, Chapter 7 Trustee, by and through his attorneys undersigned, herein reports that pursuant to this Court's Order Approving Trustee's Stipulated Application to Compromise Claim dated September 14, 2017 [DE 49], Trustee has received payment of the Settlement Amount:

| | |
|---|---|
| Settlement Amount Received: | $10,000.00 |
| Issue settled: | Estate's interest in claims against the Debtor relating to the transfer of a law firm to a trust and the right to receive distributions therefrom, scheduled non-exempt assets exclusive of 2016 refunds, and all other disclosed issues. |
| Payor: | Eric L. Johnson, Trustee for Yankee Trust. |

RESPECTFULLY SUBMITTED this *3rd* day of October, 2017

**LANE & NACH, P.C.**

By: */s/ Stuart B. Rodgers - 025720*
Stuart B. Rodgers
Paul M. Hilkert
*Attorneys for Trustee*

Lane & Nach, P.C.
2001 E. Campbell Avenue, Suite 103
Phoenix, AZ 85016

Case 2:16-bk-06275-DPC   Doc 50   Filed 10/03/17   Entered 10/03/17 09:51:25   Desc
Main Document    Page 1 of 2

COPY of the foregoing delivered
via email as follows:

Morgan Seegmiller
Allen D. Butler
Law Office of Allen D. Butler PC
406 E. Southern
Tempe, AZ 85282
Email: abutleraz@gmail.com
Email: morgan@legalaz.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email:  Christopher.J.Pattock@usdoj.gov
Email: ustpregion14.px.ecf@usdoj.gov


By: */s/ S. Rochin*

Lane & Nach, P.C.
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016

2