Eric M Haley, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ERIC LYNN JOHNSON | § | Case No. 2:16-bk-06275-DPC |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eric M. Haley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: 15,300.00

Total Distributions to Claimants: 3,979.69

Claims Discharged
Without Payment: 529,919.00

Total Expenses of Administration: 6,020.31

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 54,488.63 | $ 6,820.00 | $ 6,820.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,020.31 | 6,020.31 | 6,020.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 56,400.00 | 19,933.27 | 19,933.27 | 3,979.69 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 183,925.35 | 219,151.44 | 219,151.44 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 294,813.98 | $ 251,925.02 | $ 251,925.02 | $ 10,000.00 |

  4)  This case was originally filed under chapter 7 on  06/02/2016 .  The case was pending for 24 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  05/09/2018            By:/s/Eric M. Haley
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BENEFICIAL INTEREST IN AYRSHIRE FARMS TRUST | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Special Services, P.O. Box 7346 Philadelphia, PA 19101-7346 | | 54,488.63 | NA | NA | 0.00 |
| 9A | INTERNAL REVENUE SERVICE | 4300-000 | NA | 6,820.00 | 6,820.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 54,488.63** | **$ 6,820.00** | **$ 6,820.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eric M. Haley | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Eric M. Haley | 2200-000 | NA | 10.16 | 10.16 | 10.16 |
| Union Bank | 2600-000 | NA | 45.00 | 45.00 | 45.00 |
| LANE & NACH P.C. | 3210-000 | NA | 4,193.00 | 4,193.00 | 4,193.00 |
| LANE & NACH P.C. | 3220-000 | NA | 22.15 | 22.15 | 22.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 6,020.31 | $ 6,020.31 | $ 6,020.31 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ELIZABETH HUGHES JOHNSON, 2783 S SULLEY DR GILBERT, AZ 85295 | | 2,000.00 | NA | NA | 0.00 |
| | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | 54,400.00 | NA | NA | 0.00 |
| 9B | INTERNAL REVENUE SERVICE | 5800-000 | NA | 19,933.27 | 19,933.27 | 3,979.69 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 56,400.00 | $ 19,933.27 | $ 19,933.27 | $ 3,979.69 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA, PO BOX 53150 PHOENIX, AZ 85072-3150 | | 4,250.00 | NA | NA | 0.00 |
| | BANK OF AMERICA, PO BOX 53150 PHOENIX, AZ 85072-3150 | | 3,894.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA, PO BOX 53150 PHOENIX, AZ 85072-3150 | | 1,264.00 | NA | NA | 0.00 |
| | BANK OF AMERICA, PO BOX 53150 PHOENIX, AZ 85072-3150 | | 1,116.00 | NA | NA | 0.00 |
| | CAPITAL ONE, PO BOX 85015 RICHMOND, VA 23285-5075 | | 2,892.00 | NA | NA | 0.00 |
| | CAPITAL ONE, PO BOX 85015 RICHMOND, VA 23285-5075 | | 3,127.00 | NA | NA | 0.00 |
| | CAPITAL ONE, PO BOX 85015 RICHMOND, VA 23285-5075 | | 6,148.00 | NA | NA | 0.00 |
| | CAPITAL ONE, PO BOX 85015 RICHMOND, VA 23285-5075 | | 3,040.00 | NA | NA | 0.00 |
| | CHASE, PO BOX 15123 WILMINGTON, DE 19850 | | 1,853.00 | NA | NA | 0.00 |
| | KOHL'S, PO BOX 30510 LOS ANGELES, CA 90030-0510 | | 1,002.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KOHL'S, PO BOX 30510 LOS ANGELES, CA 90030-0510 | | 1,062.00 | NA | NA | 0.00 |
| | NATIONAL CREDIT SYSTEMS, PO BOX 312125 ATLANTA, GA 31131 | | 1,703.00 | NA | NA | 0.00 |
| | NAVIENT - EDUCATION LOAN SERVICING, ATTN: CORRESPONDENCE PO BOX 9635 WILKES BARRE, PA 18773-9635 | | 46,844.00 | NA | NA | 0.00 |
| | NAVIENT - EDUCATION LOAN SERVICING, ATTN: CORRESPONDENCE PO BOX 9635 WILKES BARRE, PA 18773-9635 | | 4,286.00 | NA | NA | 0.00 |
| | NAVIENT - EDUCATION LOAN SERVICING, ATTN: CORRESPONDENCE PO BOX 9635 WILKES BARRE, PA 18773-9635 | | 74,199.00 | NA | NA | 0.00 |
| | NAVIENT - EDUCATION LOAN SERVICING, ATTN: CORRESPONDENCE PO BOX 9635 WILKES BARRE, PA 18773-9635 | | 2,536.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NAVIENT - EDUCATION LOAN SERVICING, ATTN: CORRESPONDENCE PO BOX 9635 WILKES BARRE, PA 18773-9635 | | 1,499.00 | NA | NA | 0.00 |
| | NAVIENT - EDUCATION LOAN SERVICING, ATTN: CORRESPONDENCE PO BOX 9635 WILKES BARRE, PA 18773-9635 | | 4,568.00 | NA | NA | 0.00 |
| | NAVIENT - EDUCATION LOAN SERVICING, ATTN: CORRESPONDENCE PO BOX 9635 WILKES BARRE, PA 18773-9635 | | 6,600.00 | NA | NA | 0.00 |
| | NAVIENT - EDUCATION LOAN SERVICING, ATTN: CORRESPONDENCE PO BOX 9635 WILKES BARRE, PA 18773-9635 | | 9,944.35 | NA | NA | 0.00 |
| | SAHARA PALMS | | 0.00 | NA | NA | 0.00 |
| | SYNCHRONY BANK, PO BOX 960061 ORLANDO, FL 32896-0061 | | 606.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TARGET NATIONAL BANK, PO BOX 673 MINNEAPOLIS, MN 55440 | | 1,336.00 | NA | NA | 0.00 |
| | WELLS FARGO, PO BOX 30086 LOS ANGELES, CA 90030 | | 156.00 | NA | NA | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 6,349.85 | 6,349.85 | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,127.21 | 3,127.21 | 0.00 |
| 10 | CAPITAL ONE, N.A. | 7100-000 | NA | 1,062.39 | 1,062.39 | 0.00 |
| 9C | INTERNAL REVENUE SERVICE | 7100-000 | NA | 37,788.31 | 37,788.31 | 0.00 |
| 4 | NAVIENT CFC | 7100-000 | NA | 11,105.27 | 11,105.27 | 0.00 |
| 5 | NAVIENT PC TRUST | 7100-000 | NA | 7,372.24 | 7,372.24 | 0.00 |
| 6 | NAVIENT PC TRUST | 7100-000 | NA | 4,658.27 | 4,658.27 | 0.00 |
| 7 | NAVIENT PC TRUST | 7100-000 | NA | 1,528.94 | 1,528.94 | 0.00 |
| 8 | NAVIENT SOLUTIONS, LLC ON BEHALF OF | 7100-000 | NA | 135,817.25 | 135,817.25 | 0.00 |
| 9D | INTERNAL REVENUE SERVICE | 7300-000 | NA | 10,341.71 | 10,341.71 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 183,925.35 | $ 219,151.44 | $ 219,151.44 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-06275 | DPC | Judge: | Daniel P. Collins | Trustee Name: | Eric M. Haley |
|---|---|---|---|---|---|---|
| Case Name: | ERIC LYNN JOHNSON | | | | Date Filed (f) or Converted (c): | 06/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/07/2016 |
| For Period Ending: | 05/09/2018 | | | | Claims Bar Date: | 01/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2004 CHEVROLET TAHOE | 4,250.00 | 0.00 | | 0.00 | FA |
| 2. 2007 FORD MUSTANG SON'S VEHICLE: GRANT JOHNSON. HE WAS UNDE | 0.00 | 0.00 | | 0.00 | FA |
| 3. 2 COUCHES, BED, 3 DRESSERS, 2 NIGHTSTANDS, REFRIGERATOR, FRE | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. 2 TVS | 200.00 | 0.00 | | 0.00 | FA |
| 5. SMITH & WESSON 4046 | 150.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES | 400.00 | 0.00 | | 0.00 | FA |
| 7. WEDDING RING | 200.00 | 0.00 | | 0.00 | FA |
| 8. DOGS: BASENJI-BORDER COLLIE MIX; MALTESE-YORKSHIRE MIX | 20.00 | 0.00 | | 0.00 | FA |
| 9. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 10. DEBTOR IS SIGNATORY ON TWO BUSINESS ACCOUNTS AND TRUST ACCT | 0.00 | 100.00 | | 0.00 | FA |
| 11. BENEFICIAL INTEREST IN AYRSHIRE FARMS TRUST | 0.00 | 100.00 | | 10,000.00 | FA |
| 12. DESERT CREST FARMS TRUST | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $6,820.00 | $200.00 | | $10,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Issued final distribution to claims; ready for TDR after final check clears account and $0-balance estate bank statement is available - Eric Haley 4/3/2018
Submitted proposed order re admin fee app - Eric Haley 4/3/2018
QUARTERLY REVIEW: Ready for proposed order upload after 4/1 if no objections to NFR - Eric Haley 3/30/2018
BNC Noticed NFR; upload proposed admin fee order if no obj by 4/1/18 - Eric Haley 3/7/2018
UST approved and filed TFR; ready for final claims distribution after NFR noticing period and order approving admin fee app - Eric Haley 3/5/2018
Transmitted TFR to UST for review and filing - Eric Haley 2/21/2018
Claims reviewed - Xiomara Rodgers 1/27/2018
Ready for claims review and TFR - Eric Haley 1/26/2018
QUARTERLY REVIEW: Wait for claims bar date to expire, then TFR - Eric Haley 10/9/2017
Accepted and received $10K to settle estate claims - Eric Haley 10/3/2017QUARTERLY REVIEW: Offer of $10500 to settle law firm and trust; Negotiated to $13k. Law firm no longer operational - Jean LaCloche 7/7/2017
QUARTERLY REVIEW: Made an offer of $2k for trust issues; meeting in April 2017 to talk through issues of fraud - Eric Haley 3/31/2017
QUARTERLY REVIEW: negotiating for documentation needed and resolution of trust issues - Eric Haley 1/13/2017
QUARTERLY REVIEW: Trust paying $6k month; 2004 exam scheduled; law firm paid $200k but was grossing $600-700k years - Jean LaCloche 9/23/2016
Examining debtor's trust interests for estate value - Eric Haley 8/2/2016
Case reinstated - Eric Haley 7/6/2016
Case dismissed - Eric Haley 6/17/2016

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 03/31/2018

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-06275
Case Name: ERIC LYNN JOHNSON
Trustee Name: Eric M. Haley
Bank Name: Union Bank
Account Number/CD#: XXXXXX4100
Checking

Taxpayer ID No: XX-XXX4239
For Period Ending: 05/09/2018
Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/17 | 11 | ERIC LYNN JOHNSON<br>1640 E FREMONT DRIVE<br>TEMPE, AZ 85282 | SETTLEMENT PAYMENT | 1129-000 | $10,000.00 | | $10,000.00 |
| 11/02/17 | 101 | LANE & NACH P.C.<br>2001 E. CAMPBELL<br>SUITE 103<br>PHOENIX, AZ 85016 | TRUSTEE ATTORNEY FEES & COSTS | | | $4,215.15 | $5,784.85 |
| | | NACH P.C., LANE & | | ($4,193.00) | 3210-000 | | |
| | | NACH P.C., LANE & | | ($22.15) | 3220-000 | | |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,769.85 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,754.85 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,739.85 |
| 04/03/18 | 102 | Eric M. Haley<br>PO BOX 13390<br>SCOTTSDALE, AZ 85267 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,750.00 | $3,989.85 |
| 04/03/18 | 103 | Eric M. Haley<br>PO BOX 13390<br>SCOTTSDALE, AZ 85267 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $10.16 | $3,979.69 |
| 04/03/18 | 104 | INTERNAL REVENUE SERVICE<br>CENTRAL INSOLVENCY OPERATIONS<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101 | Acct: xxx-xx-3874 | 5800-000 | | $3,979.69 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

| | | |
|---|---:|---:|
| Net | $10,000.00 | $10,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4100 - Checking | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |